# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 12, 2018

## NO. 03-17-00501-CV

**David Hayes, Appellant**

**v.**

**Wylie Cavin and Lillian Cavin, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the interlocutory order signed by the trial court on August 3, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.